**DISMISS; and Opinion Filed June 4, 2014.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00357-CV

### JOHN GALIOTO, Appellant

### V.

### HIGHER EDUCATION SERVICING CORPORATION AND NEW MEXICO EDUCATIONAL ASSISTANCE FOUNDATION, Appellees

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-05947-C**

## MEMORANDUM OPINION

Before Justices Moseley, O'Neill, and FitzGerald
Opinion by Justice O'Neill

This is an appeal from an order denying a special appearance. By motion filed May 27, 2014, appellant requests we dismiss the appeal, explaining appellees filed a notice of non-suit in the trial court dismissing him as a defendant. We grant the motion and dismiss the appeal. TEX. R. APP. P. 42.1(a).

/Michael J. O'Neill/
MICHAEL J. O'NEILL
JUSTICE

140357F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JOHN GALIOTO, Appellant

No. 05-14-00357-CV    V.

HIGHER EDUCATION SERVICING
CORPORATION AND NEW MEXICO
EDUCATIONAL ASSISTANCE
FOUNDATION, Appellees

On Appeal from the 68th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-13-05947-C.
Opinion delivered by Justice O'Neill.
Justices Moseley and FitzGerald
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.
We **ORDER** that each party bear its own costs of this appeal.


Judgment entered this 4th day of June, 2014.


/Michael J. O'Neill/
MICHAEL J. O'NEILL
JUSTICE